**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**BECKLEY DIVISION**

RICKY RAUTENKRANZ,

                Petitioner,

v.                             CIVIL ACTION NO.   5:10-cv-01230

J. ZEIGLER,

                Respondent.


**MEMORANDUM OPINION AND ORDER**

The Court has reviewed the Petitioner's October 19, 2010 *Application Under 28 U.S.C. §
2241 for Writ of Habeas Corpus By a Person in State or Federal Custody* (Document 1).

By *Standing Order* (Document 4) entered on October 19, 2010, this action was referred to
the Honorable R. Clarke VanDervort, United States Magistrate Judge, for submission to this Court
of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636.
On October 17, 2013, the Magistrate Judge submitted a *Proposed Findings and Recommendation*
(Document 8) wherein it is recommended that this Court dismiss the Petitioner's *Application*
(Document 1) and remove this matter from the Court's docket.  Objections to the Magistrate
Judge's *Proposed Findings and Recommendation* were due by November 4, 2013.

Neither party has timely filed objections to the Magistrate Judge's *Proposed Findings and
Recommendation*.   The Court is not required to review, under a *de novo* or any other standard, the
factual or legal conclusions of the magistrate judge as to those portions of the findings or

1

recommendation to which no objections are addressed.   *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Failure to file timely objections constitutes a waiver of *de novo* review and the Petitioner's right to appeal this Court's Order.   28 U.S.C. § 636(b)(1); *see also Snyder v. Ridenour*, 889 F.2d 1363, 1366 (4th Cir. 1989); *United States v. Schronce*, 727 F.2d 91, 94 (4th Cir. 1984).

Accordingly, the Court **ADOPTS** and incorporates herein the findings and recommendation of the Magistrate Judge as contained in the *Proposed Findings and Recommendation*, and **ORDERS** that the Petitioner's *Application Under 28 U.S.C. § 2241 for Writ of Habeas Corpus By a Person in State or Federal Custody* (Document 1) be **DISMISSED** and that this matter be **REMOVED** from the Court's docket.

The Court **DIRECTS** the Clerk to send a certified copy of this Order to Magistrate Judge VanDervort, counsel of record, and any unrepresented party.

ENTER:        November 5, 2013

IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA

2